**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Georgia**

Securities and Exchange Commission
   Plaintiff

vs.

Case Number: 1:22-CV-3252

Rahim Mohamed; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Jason Black at 4870 Tremont Dr NE, Marietta, GA 30066.

I, Patriciajoyce M. Cirko, being duly sworn, depose and say that on October 30, 2022 at or about 2:32 PM I served Summons & Complaint personally to Jason Black at 4870 Tremont Dr NE, Marietta, GA 30066.

After several days of surveilling the property, I encountered Jason Black pulling into his driveway. As I was walking towards him and speaking to him, he started to close his van door and reverse back down the driveway. I was able to place the documents inside of his van before the door closed. Black then drove down to where my vehicle was parked, got out of his car and damaged my passenger side mirror casing. After notifying the police, I left the area.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

*Patriciajoyce Dambach-cirko*
_____
Patriciajoyce M. Cirko          Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-101324
Reference: 22-ARO-008