**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION | Civ. No: 22-CV-03252 (ELR) |
| Plaintiff, | **ANSWER** |
| -vs- | |
| RAHIM MOHAMED, et al. | |
| Defendant. | |

Defendant Rahim Mohamed, by and through his attorneys Mintz & Gold LLP, Answers the Complaint filed by the United States Securities and Exchange Commission (the "Complaint"), as follows:

## SUMMARY

1. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 1 of the Complaint.

2. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 2 of the Complaint.

3. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 3 of the Complaint.

4. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 4 of the Complaint.

5. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 5 of the Complaint.

6. Denies the allegations contained in paragraph 6 of the Complaint.

7. Denies the allegations contained in paragraph 7 of the Complaint.

8. Denies the allegations contained in paragraph 8 of the Complaint.

9. Denies the allegations contained in paragraph 9 of the Complaint.

10. Denies the allegations contained in paragraph 10 of the Complaint.

11. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 11 of the Complaint.

12. Denies the allegations contained in paragraph 12 of the Complaint.

13. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 13 of the Complaint.

14.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 14 of the Complaint.

## JURDICTION AND VENUE

15.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 15 of the Complaint, and respectfully refers the Court to the cited statutes for their content and reasoning.

16.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 16 of the Complaint, and respectfully refers the Court to the cited statutes for their content and reasoning.

17.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 17 of the Complaint.

18.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 18 of the Complaint.

## FACTS

### A. Defendants

19.    Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 19 of the Complaint.

20.    Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 20 of the Complaint.

21.    Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 21 of the Complaint.

22.    Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 22 of the Complaint.

23.    Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 23 of the Complaint.

24.    Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 24 of the Complaint.

25.    Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 25 of the Complaint.

26.    Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 26 of the Complaint, except admits to residence in Calgary, Alberta, Canada.

27.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 27 of the Complaint.

28.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 28 of the Complaint.

29.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 29 of the Complaint.

30.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 30 of the Complaint.

31.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 31 of the Complaint.

32.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 32 of the Complaint.

33.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 33 of the Complaint.

34.   Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 34 of the Complaint.

35.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 35 of the Complaint.

36.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 36 of the Complaint.

**B. <u>Relief Defendants</u>**

37.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 37 of the Complaint.

38.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 38 of the Complaint.

**C. <u>Related Entities and Individual</u>**

39.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 39 of the Complaint.

40.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 40 of the Complaint.

41.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 41 of the Complaint.

### D. **The LBTD-Related Conduct**

42.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 42 of the Complaint.

43.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 43 of the Complaint.

44.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 44 of the Complaint.

45.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 45 of the Complaint.

46.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 46 of the Complaint.

47.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 47 of the Complaint.

48.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 48 of the Complaint.

49.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 49 of the Complaint.

50.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint.

51.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 51 of the Complaint.

52.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 52 of the Complaint.

53.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 53 of the Complaint.

54.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 54 of the Complaint.

55.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 55 of the Complaint.

56.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 56 of the Complaint.

57.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 57 of the Complaint.

58.   Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 58 of the Complaint.

59.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 59 of the Complaint.

60.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 60 of the Complaint.

61.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 61 of the Complaint.

62.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 62 of the Complaint.

63.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 63 of the Complaint.

64.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 64 of the Complaint.

65.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 65 of the Complaint.

66.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 66 of the Complaint.

67.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 67 of the Complaint.

68.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 68 of the Complaint.

69.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 69 of the Complaint.

70.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 70 of the Complaint.

71.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 71 of the Complaint.

72.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 72 of the Complaint.

73.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 73 of the Complaint.

74.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 74 of the Complaint.

75.    Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 75 of the Complaint.

76.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 76 of the Complaint.

77.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 77 of the Complaint.

78.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 78 of the Complaint.

79.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 79 of the Complaint.

80.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 80 of the Complaint.

81.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 81 of the Complaint.

82.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 82 of the Complaint.

83.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 83 of the Complaint.

84.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 84 of the Complaint.

85.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 85 of the Complaint.

86.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 86 of the Complaint.

87.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 87 of the Complaint.

88.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 88 of the Complaint.

89.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 89 of the Complaint.

90.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 90 of the Complaint.

91.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 91 of the Complaint.

92.   Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 92 of the Complaint.

93.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 93 of the Complaint.

94.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 94 of the Complaint.

95.    Denies the allegations contained in paragraph 95 of the Complaint.

96.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 96 of the Complaint.

97.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 97 of the Complaint.

98.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 98 of the Complaint.

99.    Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 99 of the Complaint.

100.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 100 of the Complaint.

101.   Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 101 of the Complaint.

102.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 102 of the Complaint.

103.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 103 of the Complaint.

104.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 104 of the Complaint.

105.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 105 of the Complaint.

106.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 106 of the Complaint.

107.  Denies the allegations contained in paragraph 107 of the Complaint.

108.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 108 of the Complaint.

109.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 109 of the Complaint.

110.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 110 of the Complaint.

111.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 111 of the Complaint.

112.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 112 of the Complaint.

113.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 113 of the Complaint.

**E.** **The GMER-Related Conduct**

114.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 114 of the Complaint.

115.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 115 of the Complaint.

116.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 116 of the Complaint.

117.   Denies the allegations contained in paragraph 117 of the
Complaint.

118.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 118 of the Complaint.

119.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 119 of the Complaint.

120.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 120 of the Complaint.

121.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 121 of the Complaint.

122.   Denies the allegations contained in paragraph 122 of the Complaint.

123.   Denies the allegations contained in paragraph 123 of the Complaint.

124.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 124 of the Complaint.

125.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 125 of the Complaint.

126.   Denies the allegations contained in paragraph 126 of the

Complaint.

127.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 127 of the Complaint.

128.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 128 of the Complaint.

129.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 129 of the Complaint.

130.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 130 of the Complaint.

131.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 131 of the Complaint.

132.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 132 of the Complaint.

133.  Denies the allegations contained in paragraph 133 of the Complaint.

134.  Denies the allegations contained in paragraph 134 of the Complaint.

135. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 135 of the Complaint.

136. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 136 of the Complaint.

137. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 137 of the Complaint.

138. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 138 of the Complaint.

139. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 139 of the Complaint.

140. Denies the allegations contained in paragraph 140 of the Complaint.

141. Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 141 of the Complaint.

142. Denies the allegations contained in paragraph 142 of the Complaint.

143. Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 143 of the Complaint.

144.   Denies the allegations contained in paragraph 144 of the Complaint.

145.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 145 of the Complaint.

146.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 146 of the Complaint.

147.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 147 of the Complaint.

148.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 148 of the Complaint.

149.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 149 of the Complaint.

150.   Denies the allegations contained in paragraph 150 of the Complaint.

151.   Denies the allegations contained in paragraph 151 of the Complaint.

## CLAIMS

152.   Defendant repeats and realleges the foregoing responses to
paragraph 151 of the Complaint as if fully restated herein.

153.   Denies the allegations contained in paragraph 153 of the
Complaint.

154.   Denies the allegations contained in paragraph 154 of the
Complaint.

155.   Denies the allegations contained in paragraph 155 of the
Complaint.

156.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 156 of the Complaint.

157.   Defendant repeats and realleges the foregoing responses to
paragraph 151 of the Complaint as if fully restated herein.

158.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 158 of the Complaint.

159.   Denies knowledge and information sufficient to form a belief as to
the allegations contained in paragraph 159 of the Complaint.

160.  Defendant repeats and realleges the foregoing responses to

paragraph 160 of the Complaint as if fully restated herein.

161.  Denies the allegations contained in paragraph 161 of the

Complaint.

162.  Denies the allegations contained in paragraph 162 of the

Complaint.

163.  Defendant repeats and realleges the foregoing responses to

paragraph 151 of the Complaint as if fully restated herein.

164.  Denies the allegations contained in paragraph 164 of the

Complaint.

165.  Denies the allegations contained in paragraph 165 of the

Complaint.

166.  Denies the allegations contained in paragraph 166 of the

Complaint.

167.  Defendant repeats and realleges the foregoing responses to

paragraph 151 of the Complaint as if fully restated herein.

168.  Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 168 of the Complaint.

169.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 169 of the Complaint.

170.  Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 170 of the Complaint.

171.  Defendant repeats and realleges the foregoing responses to paragraph 151 of the Complaint as if fully restated herein.

172.  Denies the allegations contained in paragraph 172 of the Complaint.

173.  Denies the allegations contained in paragraph 173 of the Complaint.

174.  Denies the allegations contained in paragraph 174 of the Complaint.

175.  Defendant repeats and realleges the foregoing responses to paragraph 151 of the Complaint as if fully restated herein.

176.  Denies the allegations contained in paragraph 176 of the Complaint.

177.   Denies the allegations contained in paragraph 177 of the Complaint.

178.   Defendant repeats and realleges the foregoing responses to paragraph 151 of the Complaint as if fully restated herein.

179.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 179 of the Complaint.

180.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 180 of the Complaint.

181.   Defendant repeats and realleges the foregoing responses to paragraph 151 of the Complaint as if fully restated herein.

182.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 182 of the Complaint.

183.   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 183 of the Complaint.

184.   Defendant repeats and realleges the foregoing responses to paragraph 151 of the Complaint as if fully restated herein.

185.   Denies knowledge and information sufficient to form a belief as to

the allegations contained in paragraph 185 of the Complaint.

Dated:    New York, New York
          October 25, 2022

                              **MINTZ & GOLD LLP**


                              Ira Lee Sorkin
                              (*pending pro hac vice admission*)
                              600 Third Avenue – 25th Floor
                              New York, New York 10016
                              Tel: (212) 696-4848
                              Email: sorkin@mintzandgold.com

LOCAL COUNSEL:                Zachary J. McCormack
                              Georgia Bar No. 357954
                              Jackson Lewis P.C.
                              171 17th St. NW
                              Suite 1200
                              Atlanta, Georgia 30363
                              Telephone: (404) 525-8200
                              Fax: (404) 525-1173
                              Zachary.McCormack@JacksonLewis.com

                              *Attorney for Defendant*

To: Robert K. Gordon
William P. Hicks
M. Graham Loomis
United States Securities and
Exchange Commission
950 E. Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
Email: gordonr@sec.gov
Email: hicksw@sec.gov
Email: loomism@sec.gov

*Attorneys for Plaintiff*

## **CERTIFICATION**

In accordance with LR 5.1C, N.D. Ga., I hereby certify that this document has

been prepared in 14 point, Times New Roman font.

/s/
Ira Lee Sorkin

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION <br><br> Plaintiff, <br><br> -vs- <br><br> RAHIM MOHAMED, et al. <br><br> Defendant. | Civ. No: 22-CV-03252 (ELR) <br><br> **ANSWER** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 1, 2022, a copy of the foregoing **ANSWER** was filed with the Clerk of the Court via the NextGen system which will automatically send an email notification of such filing to the following counsel of record:

> Robert K. Gordon
> William P. Hicks
> M. Graham Loomis
> United States Securities and
> Exchange Commission
> 950 E. Paces Ferry Road NE
> Suite 900
> Atlanta, GA 30326

Tel: (404) 842-7600
Email: gordonr@sec.gov
Email: hicksw@sec.gov
Email: loomism@sec.gov

/s/

Ira Lee Sorkin