IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>RAHIM MOHAMED, et al.,<br><br>*Defendants*. | Civil Action File<br><br>No.: 1:22-cv-3252-ELR |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for Defendant Christophe Merani certifies that he is an individual defendant who is a natural person. The undersigned further represents that no other persons, associations, firms, parnterships, or corporations have either a financial interest or other interest that could be substantially affected by the outcome of this particular case with respect to the claims against Defendant Merani. The undersinged further certifies that Defendant Merani is represented by Joshua Mayes and Jason Alloy of Robbins Alloy Belinfante Littlefield, LLC and no other attorneys. Counsel lacks sufficient knowledge to be able to certify as to the status of, financial interests in or persons serving as attorneys for the other defendants named in this action.

This 16th day of November, 2022.

        */s/ Joshua A. Mayes*
        Joshua A. Mayes
        Georgia Bar No. 143107
        jmayes@robbinsfirm.com
        Jason S. Alloy
        Georgia Bar No. 013188
        jalloy@robbinsfirm.com
        Robbins Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
        Atlanta, Georgia 30318
        (678) 701-9381
        (404) 856-3255 (fax)

        *Counsel for Defendant Christophe Merani*