UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>) CIVIL ACTION FILE NO.:<br>v. )<br>) 1:22-CV-03252-ELR<br>GLENN B. LAKEN, )<br>)<br>Defendant. ) | |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for Defendant Glenn B. Laken certifies that he is an individual defendant who is a natural person. The undersigned further represents that no other persons, associations, firms, partnerships, or corporations have either a financial interest or other interest that could be substantially affected by the outcome of this particular case with respect to the claims against Defendant Laken. The undersigned further certifies that Defendant Laken is represented by Donald F. Samuel and Amanda Clark Palmer of Garland, Samuel and Loeb, P.C., and Edward O. Pacer and Kevin J. O'Connor of Peckar & Abramson, P.C. Counsel lacks sufficient knowledge to be able to certify as to the status of financial interests in or persons serving as attorneys for the other defendants named in this action.

Respectfully submitted this 17th day of November, 2022.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar No. 624475

/s/ *Amanda Clark Palmer*
AMANDA CLARK PALMER, ESQ.
Georgia Bar No. 130608

Attorneys for the Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
Email: dfs@gsllaw.com
Email: aclark@gsllaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) GLENN B. LAKEN, ) ) Defendant. ) | ) ) ) ) ) CIVIL ACTION FILE NO.: ) ) 1:22-CV-03252-ELR ) ) ) |

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 17th day of November, 2022.

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar No. 624475
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com