IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:22-CV-03252-ELR |
| RAHIM MOHAMED, et al., | * * | |
| Defendants. | * * | |

_____

**O R D E R**

_____

Presently before the Court is Plaintiff Securities and Exchange Commission's "Motion for Service of Summons and Complaint to Defendant Breanne M. Wong, an individual, and to Defendants H.E. Capital SA and POP Holdings, Ltd." [Doc. 30]. Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii), Plaintiff requests that the Clerk address and mail a copy of the summons and Complaint to Defendants Breanne M. Wong, H.E. Capital SA, and Pop Holdings, Ltd. because each resides or principally does business in Panama or Nevis, countries that are not "signator[ies] to any internationally agreed means of service for civil actions commenced in the U.S." [See id. at 1].

Upon consideration, the Court **GRANTS** Plaintiff's motion [Doc. 30] and **DIRECTS** the Clerk to serve a copy of the summons and Complaint on Defendants Breanne M. Wong, H.E. Capital, SA, and Pop Holdings, Ltd., by mail at the addresses listed in Plaintiff's motion. [Doc. 30].

Additionally, the Court notes that Plaintiff has entered into several stipulations to extend the deadlines for certain Defendants to answer or otherwise respond to the Complaint. [See Docs. 18, 31, 32, 37, 38]. However, "[t]he Court, not the parties, sets the deadlines that are to be adhered to, and . . . the parties may not independently extend any deadline imposed by the Federal Rules of Civil Procedure or this Court." Lytle v. Lowe's Home Ctrs, Inc., 8:12-CV-1848-T-33, 2014 WL 1819650, at *2 (M.D. Fla. May 7, 2014). "While the [P]arties are free to enter into informal agreements" absent a Court order, they "forgo" complying with the deadlines of this Court and the Federal Rules of Civil Procedure "at their own peril." Beltway Cap., LLC v. Cmty. Champions Corp., 6:18-CV-2139-ORL-40DCI, 2020 WL 1674275, at *2 (M.D. Fla. Jan. 16, 2020); cf. Reynolds v. Ala. Dept. of Transp., 84 F. Supp. 2d 1339, 1344 n.20 (M.D. Ala. 2000) (explaining that the district court viewed the parties' agreed-upon extension of a deadline as "merely a suggestion" absent a court order). "If the parties seek an extension, they are required to file an appropriate motion explaining the relief sought[.]" Lytle, 2014 WL 1819650 at *2. In accordance with the undersigned's Instructions for Civil Cases, "[f]or all consent,

unopposed, or joint motions, the filing party shall include therewith a proposed order granting the motion. The proposed order shall be filed as an exhibit or attachment to any motion." [Doc. 3 at 4]. Thus, the Court **DIRECTS** the Parties to file any appropriate motions to obtain the Court's leave for any extensions of deadlines the Court has not already granted by previous Orders. [See Docs. 15, 20].

    **SO ORDERED**, this 29th day of November, 2022.

                                                        */s/ Eleanor L. Ross*
                                                   Eleanor L. Ross
                                                   United States District Judge
                                                   Northern District of Georgia