

Steven W. Gold
Steven G. Mintz*
Jeffrey D. Pollack*
Elliot G. Sagor
Ira Lee Sorkin
Lon Jacobs
Steven A. Samide
Scott A. Klein
Terence W. McCormick***
Robert B. Lachenauer
Roger L. Stavis
Charles A. Ross**
Richard M. Breslow
Barry M. Kazan*
Craig D. Spector*
Kevin M. Brown
Alexander H. Gardner

Heath Loring
Peter Guirguis
Andrew R. Gottesman
Matthew S. Seminara
Julia B. Milne
Ryan W. Lawler*
Andrew A. Smith
Amit Sondhi
Brett Joshpe
Michael Mooney
Adam K. Brody
Andrew E. Steckler
Alex J. Otchy*
Philip Tafet
Carli M. Aberle
Zachary J. Turquand
Kellyann T. Ryan
Sitie "Esther" Tang

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California

**Senior Counsel**
Jack A. Horn
Noreen E. Cosgrove
Timothy J. Quill, Jr.

**Of Counsel**
Honorable Vito J. Titone (*dec.*)
NY State Court of Appeals 1985–1998
Harvey J. Horowitz (*dec.*)
Honorable Howard Miller
NY Appellate Div. 1999–2010 [ret.]
Alan Katz
Eric M. Kutner
Andrew P. Napolitano°
Brian T. Sampson
Erica Nazarian
Tara Shamroth
Jared Van Vleet

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

February 1, 2023

By ECF
Hon. Eleanor L. Ross
United States District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: United States Securities and Exchange Commission vs Mohamed, et al., 22-CV-03252(ELR)

Dear Judge Ross:

      This firm represents Defendant Rahim Mohamed in the above captioned matter. Mr. Mohamed has been indicted in the Northern District of Georgia under United States. vs Mohamed, et al., 1:22-CR-283 as a result of a parallel investigation. The allegations in the Department of Justice ("DOJ") criminal indictment and the U.S. Securities and Exchange Commission ("SEC") civil enforcement action substantially overlap.

      We have been in contact with the assigned Assistant United States Attorneys ("AUSAs") in the criminal case who have advised us that they intend to file a motion to intervene in the SEC case pursuant to Rule 24 of the Federal Rules of Civil Procedure and stay further proceedings and civil discovery in the SEC action. Mr. Mohamed consents to stay discovery in the SEC action.

      We participated in the Rule 26(f) Conference on January 12, 2023. However, we respectfully object to making any initial disclosures in the SEC action, as Mr. Mohamed invokes his 5th Amendment right due to the parallel criminal prosecution.



In sum, we respectfully request that the Court permit Mr. Mohamed to refrain from producing initial disclosures and discovery pending the DOJ's likely motion to intervene in and stay the SEC case.

Respectfully submitted,

Ira Lee Sorkin

cc: Honorable Eleanor L. Ross, District Judge (via ECF)
     Counsel of Record (Via Email and ECF)