

www.pecklaw.com

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
Boston, MA
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International Alliances**

Argentina
Brazil
Canada
Chile
Colombia
El Salvador
England
France
Germany
Guatemala
India
Mexico
Peru
Uruguay

**Kevin J. O'Connor, Esq.**
*Shareholder*

**Direct Dial:** (201) 359-7040
**E-Mail Address:** koconnor@pecklaw.com

**VIA ECF**

February 1, 2023

Hon. Eleanor L. Ross
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta GA 30303-3309

**Re:** **United States Securities and Exchange Commission v. Mohamed, 1:22-cv-03252-ELR**
**Our File No.: 11372/449890**

Dear Judge Ross:

This firm represents Defendant Glenn B. Laken ("Laken") in the above-captioned matter. Mr. Laken has been indicted in the Northern District of Georgia under *United States vs. Mohamed, et al.*, 1:22-CR-283 as a result of a parallel investigation. The allegations in the Department of Justice ("DOJ") criminal indictment and the U.S. Securities and Exchange Commission ("SEC") civil enforcement action substantially overlap.

We have been in contact with the assigned Assistant United States Attorneys ("AUSAs") in the criminal case who have advised us that they intend to file a motion to intervene in the SEC case pursuant to Rule 24 of the Federal Rules of Civil Procedure and stay further proceedings and civil discovery in the SEC action. Mr. Laken consents to stay discovery in the SEC action.

We participated in the Rule 26(f) Conference. However, we respectfully object to making any initial disclosures in the SEC action, as Mr. Laken invokes his 5th Amendment right due to the parallel criminal prosecution.




Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

Hon. Eleanor L. Ross
United States District Court
for the Northern District of Georgia
February 1, 2023
Page 2

In sum, we respectfully request that the Court permit Mr. Laken to refrain from producing initial disclosures and discovery pending the DOJ's likely motion to intervene in and stay the SEC case.

Respectfully submitted,

KEVIN J. O'CONNOR
koconnor@pecklaw.com

KJO:sms

Counsel of Record *(via email and ECF)*