# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RAHIM MOHAMED, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:22-cv-03252-ELR |

## NOTICE AND CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(E), please take notice that G. Wayne Hillis, Jr. and Justin P. Gunter, of the law firm Parker, Hudson, Rainer & Dobbs LLP, hereby withdraw as counsel of record for Defendants Richard and Anna Tang. Mr. Hillis and Mr. Gunter certify that the Tangs have been advised of the applicable items set forth in LR 83.1(E)(2)(b)(B) through (H), specifically:

- That the Court retains jurisdiction of this action;

- That the Tangs are obligated to keep the Court informed of a location where notices, pleadings, or other papers may be served;

- That once a trial date is set, the Tangs are obligated to prepare for trial or hire other counsel to prepare for trial;

- That failure or refusal to satisfy court-related obligations could result

in adverse consequences including;

- Of the dates of any scheduled proceedings, and that these dates will not be affected by the withdrawal of counsel; and

- That notices may be served on the Tangs at the Tangs' last known address.

Richard and Anna Tang hereby consent to Mr. Hillis and Mr. Gunter's withdrawal as counsel of record. The Tangs further request that all pleadings and correspondence regarding this matter be sent to them at the addresses set forth under their signatures below. Richard Tang further requests that any correspondence directed to the entity defendants Maximum Ventures Holdings LLC, Harmony Ridge Corp, and Avatele Group LLC be sent to his address below.

Respectfully submitted this 30th day of March, 2023.

| | |
|---|---|
| */s/ G. Wayne Hillis, Jr.* <br> G. Wayne Hillis, Jr. <br> Georgia Bar No. 354090 <br> Justin P. Gunter <br> Georgia Bar No. 969468 <br> **PARKER HUDSON RAINER & DOBBS LLP** <br> 303 Peachtree Street, NE <br> Suite 3600 <br> Atlanta, Georgia 30308 <br> Tel: (404)-523-5300 <br> Fax: (404)-522-8409 <br> whillis@phrd.com <br> jgunter@phrd.com <br><br> *Counsel for Defendants Richard and Anna Tang* | */s/ Richard Tang* (*by express permission*) <br> Richard Tang <br> 5467 5b Avenue, Delta, BC <br> V4M1K6, Canada <br> 604-771-7098 <br> rtangrtang@gmail.com <br><br> */s/ Anna Tang* (*by express permission*) <br> Anna Tang <br> 5467 5b Avenue, Delta, BC <br> V4M1K6, Canada <br> 604-771-7098 <br> jet.annatang@gmail.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>RAHIM MOHAMED, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-03252-ELR |

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 30th day of March, 2023.

*/s/ G. Wayne Hillis, Jr.*
G. Wayne Hillis, Jr.