UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | CIV. ACTION NO. 1:22-cv-03252-ELR |
| RAHIM MOHAMED, DAVIES ("DAVE") WONG, GLENN B. LAKEN, RICHARD C. S. TANG, ZOLTAN NAGY, JEFFREY D. COX, PHILLIP G. SEWELL, BREANNE M. WONG, CHRISTOPHE MERANI, ANNA TANG, ROBERT W. SEELEY, RICHARD B. SMITH, CHRISTOPHER R. SMITH, H.E. CAPITAL SA, POP HOLDINGS LTD., MAXIMUM VENTURES HOLDINGS LLC, HARMONY RIDGE CORP., and AVATELE GROUP LLC, | |
| Defendants, | |
| 9224-3708 QUEBEC, INC., a/k/a DISTRIBUTIONS BANO, and JASON BLACK, | |
| Relief Defendants. | |

**PLAINTIFF'S MOTION TO REOPEN FOR LIMTED PURPOSE OF FILING CONSENTS AND PROPOSED JUDGMENTS**

Plaintiff, Securities and Exchange Commission ("Commission" or "Plaintiff"),

1

hereby requests that the Court reopen this matter, which has been administratively closed, for the limited purpose of allowing Plaintiff to file consent motions, which will resolve liability issues (although leaving financial remedies to be decided) as to five of the defendants. The proposed Consent and the Consent Judgments are submitted with this motion and the Plaintiff requests that the Court enter the Judgments.  Plaintiff alleges as follows.

1, On July 10, 2023 the Court approved in part the motion of the Department of Justice for a stay of this matter pending completion of the related criminal case. The Court denied the motion for a stay of discovery but directed the Clerk to administratively close the case. The Court noted that any party could move to reopen at any time.

2. The plaintiff has reached a partial resolution with five defendants. (Richard B. Smith, Christopher R. Smith, H.E. Capital SA, POP Holdings Ltd. and Robert W. Seeley) (collectively "the Settling Defendants").

3. The Consents provide for judgments imposing injunctive relief (including penny stock bars), with monetary remedies to be resolved later upon motion of the Commission. The Settling Defendants neither admit nor deny the allegations, but waive the right to contest the allegations in the complaint for purposes of contesting the motion for monetary relief.

Based upon the foregoing, the Plaintiff requests that the Court reopen this matter for the limited purpose of allowing Plaintiff to file the consents, and also requests that

the Court enter the Consent Judgments.


Dated: August 15, 2023                                Respectfully submitted,

/s/William P. Hicks
William P. Hicks
Senior Trial Counsel
Georgia Bar No. 351649
hicksw@sec.gov

Robert K. Gordon
Senior Trial Counsel
Georgia Bar No. 302482
gordonr@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
loomism@sec.gov

United States Securities and Exchange Commission
950 E. Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
404-842-7600

## **CERTIFICATION OF COMPLIANCE**

      This is to certify that the foregoing was prepared using Times New Roman 14 point font.

                                       /s/ William Hicks  
                                       William P. Hicks

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, I served a true and correct copy of the foregoing document by filing it with the Clerk of Court using the CM/ECF system.

/s/ William P. Hicks
William P. Hicks