IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:22-CV-03252-ELR |
| RAHIM MOHAMED, et al., | * * | |
| Defendants. | * * | |

**O R D E R**

By an Order dated September 11, 2023, the Court directed the Clerk to reopen this case in order to allow Plaintiff Securities and Exchange Commission to file several motions for consent judgment. [Doc. 94]. Subsequently, Plaintiff filed and the Court entered those consent judgments. [See Docs. 95, 96, 97, 98, 99, 100]. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.

**SO ORDERED**, this 19th day of September, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia