# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:22-cv-03252-ELR |
| RAHIM MOHAMED, DAVIES ("DAVE") WONG, GLENN B. LAKEN, RICHARD C. S. TANG, ZOLTAN NAGY, JEFFREY D. COX, PHILLIP G. SEWELL, BREANNE M. WONG, CHRISTOPHE MERANI, ANNA TANG, ROBERT W. SEELEY, RICHARD B. SMITH, CHRISTOPHER R. SMITH, H.E. CAPITAL SA, POP HOLDINGS LTD., MAXIMUM VENTURES HOLDINGS LLC, HARMONY RIDGE CORP., and AVATELE GROUP LLC, | JURY TRIAL DEMANDED |
| Defendants, | |
| 9224-3708 QUEBEC, INC., a/k/a DISTRIBUTIONS BANO, and JASON BLACK, | |
| Relief Defendants. | |

**PLAINTIFF'S MOTION TO SET DISGORGEMENT AND PREJUDGMENT INTEREST AND TO IMPOSE CIVIL PENALTIES AS TO DEFENDANTS ROBERT W. SEELEY, CHRISTOPHER R. SMITH, RICHARD B. SMITH, H.E. CAPITAL SA, AND POP HOLDINGS LTD.**

Plaintiff Securities and Exchange Commission ("Plaintiff" or the "Commission") respectfully submits this Motion to Set Disgorgement and Prejudgment Interest and to Impose Civil Penalties (the "Motion") against defendants Robert W. Seeley ("Seeley"), Christopher R. Smith ("C. Smith"), Richard B. Smith ("R. Smith") (C. Smith and R. Smith together, the "Smiths"), H.E. Capital SA ("H.E. Capital"), and POP Holdings Ltd. ("POP Holdings") (collectively, "Defendants").

On August 15, 2022, the Commission filed a Complaint with this Court alleging that Defendants aided and abetted violations of the antifraud provisions of the federal securities laws, specifically Section 17(a) of the Securities Act of 1933 ("Securities Act"), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and Rule 10b-5 thereunder. [Docket ("Dkt.") No. 1]. On August 15, 2023, the Commission filed the Defendants' signed consents and attached proposed consent judgments, which provided, among other things, that this Court shall order disgorgement of ill-gotten gains, prejudgment interest thereon, and civil penalties pursuant to Section 20(d) of the Securities Act and Section 21(d)(3) of the Exchange

Act, in amounts to be determined by the Court upon motion of the Commission. [Dkt. Nos. 93-1 (Consent of R. Smith and H.E. Capital); 93-2 (Proposed Consent Judgment for R. Smith and H.E. Capital); 93-3 (Consent of C. Smith and POP Holdings); 93-4 (Proposed Consent Judgment for C. Smith and POP Holdings); 93-5 (Consent of Seeley); 93-6 (Proposed Consent Judgment for Seeley)].

On September 13, 2023, the Court entered judgments as to the Defendants ("the Judgments"), consistent with their signed consents and the proposed consent judgments, which, for each respective Defendant, provided for: (1) a permanent injunction; (2) a penny stock bar; and (3) disgorgement of ill-gotten gains, prejudgment interest thereon, and civil penalties in amounts to be determined by the Court upon motion of the Commission. [Dkt. Nos. 98 (Signed Judgment as to C. Smith and POP Holdings); 99 (Signed Judgment as to R. Smith and H.E. Capital); 100 (Signed Judgment as to Seeley)].

The Commission has filed a Memorandum of Law and a Declaration in support of this Motion and incorporates those documents by reference.  As set forth more fully in those documents, the Commission respectfully requests that the Court grant this Motion and enter the following additional remedies: (i) as to Seeley, disgorgement of $85,000.00, prejudgment interest of $25,319.65, and a civil penalty of $85,000.00; (ii) as to C. Smith and POP Holdings, disgorgement of $28,676.90

3

and prejudgment interest of $8,542.23 (joint and several), and civil penalties of $28,676.90 each; and (iii) as to R. Smith and H.E. Capital, disgorgement of $27,630.63 and prejudgment interest of $8,230.55 (joint and several), and civil penalties of $27,630.63 each.

The Commission has submitted proposed final judgments as to (i) Seeley; (ii) R. Smith and H.E. Capital; and (iii) C. Smith and POP Holdings, reflecting the remedies requested in this Motion and incorporating the applicable remedies previously ordered by this Court.

Respectfully submitted this 11th day of January, 2024.

/s/ William P. Hicks
William P. Hicks
Senior Trial Counsel
Georgia Bar No. 351649
hicksw@sec.gov

Robert K. Gordon
Senior Trial Counsel
Georgia Bar No. 302482
gordonr@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
loomism@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

950 East Paces Ferry Road, NE,
Suite 900
Atlanta, Georgia 30326-1232
Tel: (404) 842-7600

## CERTIFICATION OF COMPLIANCE

    This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(B).

                                          */s/ William P. Hicks*
                                          William P. Hicks
                                          Senior Trial Counsel

## CERTIFICATE OF SERVICE

On January 11, 2024, I electronically filed the foregoing Motion to Set Disgorgement and Prejudgment Interest and to Impose Civil Penalties with the Office of the Clerk, using the CM/ECF system. Notification of this filing will be served electronically by the Clerk on all counsel of record.

*/s/ William P. Hicks*
William P. Hicks
Senior Trial Counsel