**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>RAHIM MOHAMED, ET AL,<br><br>             Defendants. | Case No. 1:22-cv-03252-ELR |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVIES WONG

COME NOW, Seth B. Waxman of Mitchell Sandler PLLC and, pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to Withdraw as Counsel for Defendant Davies Wong in this matter.

As evidenced by his e-signature below, Davies Wong consents to the requested withdrawal of counsel. Defendant Davies Wong confirmed this consent in writing to the undersigned after reviewing a draft of this Certificate of Consent.

Jacob S. Frenkel of the law firm Dickinson Wright PLLC is now lead counsel for Defendant Davies Wong and will be entering his appearance or working with local counsel to do so.

Dated: June 24, 2025                    Respectfully submitted,


                                        MITCHELL SANDLER PLLC

                                        */s/ Seth B. Waxman*
                                        Seth B. Waxman, Esq.
                                        2020 K Street NW, Suite 760
                                        Washington, DC 20006
                                        Ph.: (202) 886-5260
                                        swaxman@mitchellsandler.com


                                        */s/ Davies Wong*
                                        Davies Wong

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RAHIM MOHAMED, ET AL,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-03252-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, a copy of the foregoing Certificate of Consent to Withdraw as Counsel for Defendant Davies Wong was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Seth B. Waxman*
Seth B. Waxman

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>RAHIM MOHAMED, ET AL,<br><br>                    Defendants. | Case No. 1:22-cv-03252-ELR |

## **CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font

and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules

of Practice for the United States District Court for the Northern District of Georgia,

specifically, Times New Roman 14pt.

                                        */s/ Seth B. Waxman*
                                        Seth B. Waxman

4