**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| v. | \|   CIV. ACTION NO. |
| | \|   **1:22-cv-03252-ELR** |
| RAHIM MOHAMED, | \| |
| DAVIES ("DAVE") WONG, | \| |
| GLENN B. LAKEN, | \| |
| RICHARD C. S. TANG, | \| |
| ZOLTAN NAGY, | \| |
| JEFFREY D. COX, | \| |
| PHILLIP G. SEWELL, | \| |
| BREANNE M. WONG, | \| |
| CHRISTOPHE MERANI, | \| |
| ANNA TANG, | \| |
| ROBERT W. SEELEY, | \| |
| RICHARD B. SMITH, | \| |
| CHRISTOPHER R. SMITH, | \| |
| H.E. CAPITAL SA, | \| |
| POP HOLDINGS LTD., | \| |
| MAXIMUM VENTURES HOLDINGS LLC, | \| |
| HARMONY RIDGE CORP., and | \| |
| AVATELE GROUP LLC, | \| |
| Defendants, | \| |
| | \| |
| 9224-3708 QUEBEC, INC., | \| |
| a/k/a DISTRIBUTIONS BANO, and | \| |
| JASON BLACK, | \| |
| Relief Defendants. | \| |

_____

**SEC'S MOTION FOR INTERNATIONAL SERVICE**
**ON BREANNE WONG PURSUANT TO RULE 4(f)(3)**

Plaintiff Securities and Exchange Commission ("SEC"), pursuant to Fed. R. Civ. P. 4(f)(3) and through its undersigned counsel, hereby moves the Court for an order authorizing service of process on Defendant Breanne Wong ("Defendant") in Canada by mail and UPS addressed to Defendant at 6733 Balsam Street, Vancouver, BC V6P 5W9; and 1166 Melville Street, Vancouver, BC V6E 4P6, units 3001, 3003 and 3005.

The methods of alternative service proposed pursuant to Rule 4(f)(3) are reasonably calculated to provide actual notice to Defendant and comport with Due Process. The proposed service methods are not prohibited by any international agreement between the United States and Canada.

Dated: June 30, 2026[1]          Respectfully submitted,

_/s/ Robert K. Gordon_
Robert K. Gordon
Georgia Bar No. 302482
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Atlanta Regional Office
950 East Paces Ferry Road, NE, Suite 900
Atlanta, Georgia 30326
(404) 842-7652
Email: gordonr@sec.gov

---

[1] This document is printed in Times New Roman font, size 14, and does not contain more than ten characters per inch.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing document by filing it with the Clerk of Court using the CM/ECF system. That filing system will automatically send e-mail notification of such filing to the registered counsel of record.

This 30th day of June 2026

/s/ Robert K. Gordon
Robert K. Gordon
Senior Trial Counsel