Exhibit C

This is the 2nd affidavit of Michael Campbell
in this case and was made on 7/July/2025

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION.

           Plaintiff,

v.

RAHIM MOHAMED
DAVIES ("DAVE") WONG,
GLENN B. LAKEN,
RICHARD C. S. TANG,
ZOLTAN NAGY,
JEFFREY D. COX,
PHILLIP G. SEWELL,
BREANNE M. WONG,
CHRISTOPHE MERANI,
ANNA TANG,
ROBERT W. SEELEY,
RICHARD B. SMITH,
CHRISTOPHER R. SMITH,
H.E. CAPITAL SA,
POP HOLDINGS LTD.,
MAXIMUM VENTURES HOLDINGS LLC,
HARMONY RIDGE CORP., and
AVATELE GROUP LLC,

           Defendants,

9224-3708 QUEBEC, INC.,
      a/k/a DISTRIBUTIONS BANO, and
JASON BLACK,

           Relief Defendants.

CIVIL ACTION NO.  1:22-cv-3252

AFFIDAVIT OF ATTEMPTED
SERVICE

AFFIDAVIT OF MICHAEL CAMPBELL

I, Michael Campbell, Process Server for Encore Claims Services Inc, North Vancouver, in the Province of British Columbia, SWEAR THAT:

1. On Wednesday May 7, 2025 at 11:50 a.m., I attended 1166 Melville Street, Vancouver, British Columbia to attempt personal service of true copies of Summons in a Civil Action ("**Summons**") and a Complaint ("**Complaint**") on the Defendant Breanne M. Wong at unit numbers 3001, 3002, 3003 and 3005. I have attached the Summons and Complaint to this Affidavit as **Exhibits "A" and "B"** respectively.

2. When I arrived at 1166 Melville Street, I rang the onsite building manager. The call was forwarded to a voice messaging system. I left a detailed message along with my contact information. I did not receive a callback from the building manager.

3. On Friday May 9, 2025 at 1:25 p.m., I attended 1166 Melville Street, Vancouver, British Columbia. I rang the onsite building manager. The call was forwarded to a voice messaging system. I left a detailed message along with my contact information. I did not receive a callback from the building manager. I called the property management company, First Service Residential Vancouver. I spoke to a representative from an overseas call centre. She informed me that she would forward my message and my contact information to the Vancouver office. I did not receive a callback from the First Service Residential Vancouver office.

4. I rang several entry codes for the 30th floor. Entry code 3005 did not connect to a phone or voice message system. I did connect with some of the other units on the 30th floor, however. I was not permitted entry to the building or access to the 30th floor. None of the occupants I spoke to through the entry phone system were the Defendant Breanne M. Wong.

5. On Tuesday May 20, 2025 at 4:21 p.m., I called the phone number for Defendant Breanne M. Wong (778-697-8868). No one answered the phone. The call went to an automated voice message system. I left a voice message for Defendant Breanne M. Wong to call me. I did not receive a callback from Defendant Breanne M. Wong.

SWORN BEFORE ME at
Vancouver, British Columbia,
on July 7th, 2025

_____
A Notary Public in and for
the Province of British Columbia

_____
MICHAEL CAMPBELL

**WILL CHAMBERLAIN**
**GOWLING WLG (CANADA) LLP**
BARRISTER & SOLICITOR
550 BURRARD STREET - SUITE 2300
BENTALL 5 - VANCOUVER, B.C. V6C 2B5
TELEPHONE: (604) 891-2771

1

The attached is **Exhibit "A"**

referred to in the 2nd Affidavit of

Michael Campbell sworn before

me at Vancouver, British Columbia

this 7th day of July 2025.

_____
A Notary Public in and for the
Province of British Columbia

**WILL CHAMBERLAIN**
GOWLING WLG (CANADA) LLP
BARRISTER & SOLICITOR
550 BURRARD STREET - SUITE 2300
BENTALL 5 - VANCOUVER, B.C. V6C 2B5
TELEPHONE: (604) 891-2771