**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**RAHIM MOHAMED,**
**DAVIES ("DAVE") WONG,**
**GLENN B. LAKEN,**
**RICHARD C. S. TANG,**
**ZOLTAN NAGY,**
**JEFFREY D. COX,**
**PHILLIP G. SEWELL,**
**BREANNE M. WONG,**
**CHRISTOPHE MERANI,**
**ANNA TANG,**
**ROBERT W. SEELEY,**
**RICHARD B. SMITH,**
**CHRISTOPHER R. SMITH,**
**H.E. CAPITAL SA,**
**POP HOLDINGS LTD.,**
**MAXIMUM VENTURES HOLDINGS LLC,**
**HARMONY RIDGE CORP., and**
**AVATELE GROUP LLC,**

**Defendants,**

**9224-3708 QUEBEC, INC.,**
**a/k/a DISTRIBUTIONS BANO, and**
**JASON BLACK,**

**Relief Defendants.**

**CIV. ACTION NO. 1:22-cv-03252-ELR**

**<u>DECLARATION OF ROBERT K. GORDON, ESQ.</u>**

Pursuant to 28 U.S.C. § 1746, Robert K. Gordon, Esq., declares that:

1. I am over 21 years of age and competent to give this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, would testify to the same.

2. I make this declaration in support of the SEC's Motion to Reopen Administratively Closed Action and Proceed Under Federal Rule of Civil Procedure 55(a) against Defendant Breanne Wong.

3. I am an attorney admitted to practice law in Georgia. I am employed by the Securities and Exchange Commission as a trial attorney in the Commission's Atlanta, Georgia, Regional Office.

4. On August 11, 2026, pursuant to the Court's order authorizing alternative service on Defendant Breanne Wong [Doc. 117], I caused copies of the summons, complaint, and order authorizing alternative service to be sent by UPS Express to the four authorized addresses specified in the order. The SEC received confirmation of delivery by UPS on August 13, 2026 including photographs of the packages at the addresses. (*See* Attachment 1 hereto). On August 12, 2026, the SEC transmitted the identical papers to the four authorized addresses by United States Postal Service (USPS) Priority Mail. The form of USPS Priority Mail employed provides tracking information for the domestic movement of the mail only. Tracking information shows that the items arrived at the USPS Jamaica, New

York International Distribution Center on August 14, 2026 in route to the authorized addresses in Canada. (*See* Attachment 2 hereto).

5. More than 20 days have passed since Defendant was served at the four authorized addresses and Defendant has not filed an answer or otherwise responded to the summons and complaint.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of September, 2026.

Robert K. Gordon

Robert K. Gordon, Esq.